IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DUNCAN J. McNEIL, III,

    Plaintiff,
v.

                                            CASE NO. 4:05cv378-MP-WCS

UNITED STATES, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that plaintiff's case be dismissed as an abuse of the judicial process. The Court has reviewed the objections filed at doc. 8. The Court agrees with the Magistrate Judge that plaintiff's lawsuit is a frivolous attempt to get around the pre-filing requirements of 28 U.S.C. § 1915(g). The pre-filing requirements were imposed upon him by a United States District Court in Washington state because of plaintiff's repeated frivolous filings. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    Plaintiff's motion to proceed in forma pauperis, doc. 2, is DENIED pursuant to 28 U.S.C. § 1915(g); Plaintiff's complaint, doc. 1, is DISMISSED without prejudice for abuse of the judicial process; and the Clerk of Court should note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

    **DONE AND ORDERED** this  *4th*  day of January, 2006

                                        *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge